**SO ORDERED.**
**SIGNED 1st day of April, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



*Randal S. Mashburn*
**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Victoria Danielle Galy, ) | Case No. 2:25-bk-04790 |
| ) | Chapter 7 |
| Debtor. ) | Judge Randal S. Mashburn |
| ) | |

_____

| | |
|---|---|
| Brandon Jamil Shelton, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 2:26-ap-90016 |
| ) | |
| Victoria Danielle Galy, ) | |
| ) | |
| Defendant. ) | |

## ORDER REGARDING RESULTS OF PRETRIAL CONFERENCE

This adversary proceeding was scheduled for a pretrial conference on April 1, 2026, as set by the summons issued at Doc. 3. No counsel or party appeared at the pretrial conference for the Plaintiff, and the Court received no communication regarding the failure to attend. There has been no Court filing indicating that counsel for the Plaintiff ever served the summons, and, if it was never served, the summons is no longer valid. Accordingly, the Plaintiff shall file, within 30 days of entry of this order, an appropriate document reflecting any resolution of this matter or, if the litigation is still being pursued, an explanation for the failure to attend the pretrial conference and the failure to serve the summons in a timely manner. Failure to make such filing may result in dismissal of the adversary proceeding.

IT IS SO ORDERED.