**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| IN RE: | ) | |
| **VICTORIA DANIELLE GALY** | ) | **CaseNo.: 2:25-bk-04790** |
| | ) | **Chapter 7** |
| | ) | **Judge Randal S. Mashburn** |
| | ) | |
| **BRANDON JAMIL SHELTON** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Adv.Proc.No. 2:26-ap-90016** |
| | ) | |
| **VICTORIA DANIELLE GALY** | ) | |
|     **Defendant,** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41**

Plaintiff, Brandon Shelton ("Plaintiff"), give notice pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i) that he is dismissing his claims against Defendant, Victoria Galy

("Defendant"), in the above styled adversary proceeding.


/s/ William Shea Forgety_____
William Shea Forgety #34235
102 Buckhaven Ct
Hendersonville, TN 37075
P. 615.649.2028
Shea@ForgetyLaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and exact copy of the foregoing Notice was sent to the following persons on the 7th day of April 2026 via: Email

Christopher Eads BPR #034589
1400 N Mount Juliet Rd, Suite 206
Mount Juliet, TN 37122
Telephone: ( 615) 622-6060
Facsimile: (615) 541-2481
Email: cre@chriseadslegal.com
*Opposing Counsel Sumner County Circuit Court CaseNo.: 23CV-415*

/s/ William Shea Forgety